
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JUN 15 PM 12: 16

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DOUGLAS CARTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV411-086 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 9). Petitioner has also filed a Motion for Extension of Time to File Objections and for an Order Directing the Clerk and U.S. Marshal to Stop Interfering with Federal Inmates. (Doc. 8.) The Court will first address Petitioner's motion, which is largely unintelligible.

As best the Court can discern, Petitioner seeks an extension of time to file objections to the report and recommendation, arguing that as of May 23, 2011, he has not been able to fully access the Bulloch County Jail Law Library. Petitioner's request for an extension of time is **GRANTED**, and the objections already on record will be considered by the Court. However, judging by Petitioner's ten pages of

objections, replete with legal citations, his remaining requests for relief in this motion should be **DISMISSED AS MOOT**.[1]

However, the Court finds Petitioner's objections to be without merit. The Court may only entertain Petitioner's motion after he receives certification from the Eleventh Circuit permitting him to file a second or successive habeas corpus petition.[2] In fact, this Court is without jurisdiction to consider it. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that the report and recommendation suggests dismissing this petition as successive for failure to obtain Eleventh Circuit approval.

[2] Under Eleventh Circuit Rule 22-3(a), Petitioner must file an "Application for Leave to File a Second or Successive Habeas Corpus Petition" with the Eleventh Circuit, using the form provided by the Eleventh Circuit Clerk of Court, before filing a second or successive petition in this Court.